**Appeal Dismissed and Memorandum Opinion filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00598-CV

## CHARLES LI AND FENG YANG, Appellants

## V.

## NUITH IRERI NUNEZ AND MARIO S. BASIL, Appellees

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2020-57390**

## MEMORANDUM OPINION

This appeal is from an order signed September 18, 2021. The clerk's record was filed January 20, 2022. No reporter's record was taken. No brief was filed.

On March 8, 2020, this court issued an order stating that unless appellants filed a brief on or before April 7, 2022, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.